**Order entered February 28, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00157-CV

## IN RE ANGELOS KOLOBOTOS AND KOLOBOTOS PROPERTIES, LLC, Relators

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-16384**

### ORDER
Before Justices Molberg, Pedersen, III, and Garcia

Before the Court is relators' February 28, 2022 "Petition for Writ of Mandamus and Motion to Stay." We **GRANT** the motion, and **STAY** the underlying post-judgment collection proceedings, including the sale of the thirteen subject properties under an execution of judgment in case number DC-17-16384, *City of Dallas v. Kolobotos and Kolobotos Properties*. The stay shall remain in effect pending resolution of this original proceeding.

We further conclude that relators have not filed a mandamus record that is properly sworn or certified. *See* TEX. R. APP. P. 52.3(k)1(1)(A), 52.7(A)(1); *In re*

*Butler*, 270 S.W.3d 757, 758-59 (Tex. App.—Dallas 2008, orig. proceeding) (requiring properly authenticated petition and record under Rule 52). Accordingly, we **DIRECT** relators to file, by **March 2, 2022**, a sworn or certified copy of the mandamus record. We caution relators that failure to file a properly sworn or certified record by this deadline may result in the denial of this original proceeding for non-compliance with Rule 52.

We also request that real party in interest and respondent file a response, if any, to the petition for writ of mandamus by **March 10, 2022**.

/s/  DENNISE GARCIA
JUSTICE